B6J (Official Form 6J) (12/07)

In re **Arthur Pritchard**        Case No. **11-30178**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
|   a. Are real estate taxes included? | Yes **X**    No ___ | |
|   b. Is property insurance included? | Yes ___    No **X** | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 250.00 |
|                b. Water and sewer | | $ 200.00 |
|                c. Telephone | | $ 100.00 |
|                d. Other **See Detailed Expense Attachment** | | $ 225.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 800.00 |
| 5. Clothing | | $ 120.00 |
| 6. Laundry and dry cleaning | | $ 50.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 68.00 |
| 10. Charitable contributions | | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                a. Homeowner's or renter's | | $ 250.00 |
|                b. Life | | $ 0.00 |
|                c. Health | | $ 0.00 |
|                d. Auto | | $ 333.33 |
|                e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                (Specify) ___ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                a. Auto | | $ 0.00 |
|                b. Other ___ | | $ 0.00 |
|                c. Other ___ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **Upkeep on rental properties** | | $ 2,175.00 |
|      Other ___ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 5,021.33 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

 

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | | $ 4,225.00 |
| b.    Average monthly expenses from Line 18 above | | $ 5,021.33 |
| c.    Monthly net income (a. minus b.) | | $ -796.33 |

**B6J (Official Form 6J) (12/07)**
In re **Arthur Pritchard**          Case No. **11-30178**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| **Cell Phone** | $ **100.00** |
| **Internet** | $ **125.00** |
| **Total Other Utility Expenditures** | $ **225.00** |

**Arthur Pritchard**
**USBC-Northern District**
**Case No. 11-30178 – Chapter 11**

**Attachment to Schedule F – Projections – Utilities and Maintenance**

1. **2807 Harrison Street, Oakland, CA 94611 – 4-Plex**
   Principal Taxes and Insurance:   $3,000
   Utilities and Maintenance:       $ 575

2. **2815 Harrison Street, Oakland, CA 94611 – 4-Plex**
   Principal Taxes and Insurance:   $3,400
   Utilities and Maintenance:       $ 500

3. **1848 Hoke Street, Pinole, CA – Single Family Residence**
   Principal Taxes and Insurance:   $1,500
   Utilities and Maintenance:       $ 260

4. **361 Howth, San Francisco, CA – Primary Residence**
   Principal Taxes and Insurance:   $2,100
   Utilities and Maintenance:       $ 240

5. **202 6th Avenue, Clark Fork, ID - Single Family Residence**
   Principal Taxes and Insurance:   $ 500
   Utilities and Maintenance:       $ 165

6. **17944 Deer Hill Road, Hidden Valley Lake, CA 95467- Single Family Residence**
   Principal Taxes and Insurance:   $1,100
   Utilities and Maintenance:       $ 435

**TOTAL: Principal Taxes and Insurance**:   $11,600
**TOTAL: Utilities and Maintenance:**       $ 2,175