In re     **Arthur Pritchard**                                                                    ,        Case No. ___**11-30178**___
                                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ace Ellis Hardware**<br>**5424 Martin Luther King Hwy**<br>**Oakland, CA 94609** | - | | **2009**<br>**Credit card purchases for supplies** | | | | 250.00 |
| Account No.<br><br>**ADT Security Services**<br>**PO Box 650485**<br>**Dallas, TX 75265-0485** | - | | **2009**<br>**Other Credit Purchases**<br>**Security Services** | | | | 450.00 |
| Account No. **3499-906027-46507**<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-0001** | - | | **10/1993**<br>**Credit card purchases** | | | | 677.00 |
| Account No. **94501-0879**<br><br>**AT&T**<br>**ATT Payment Center**<br>**Sacramento, CA 95887** | - | | **2009**<br>**Telephone Service** | | | | 350.00 |
| __**7**__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 1,727.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    S/N:43541-110218   Best Case Bankruptcy

In re    **Arthur Pritchard**
_____,    Case No. _____**11-30178**_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8504** <br><br> **AT&T West** <br> **Bay Area Credit Service** <br> **1901 W. 10th St.** <br> **Antioch, CA 94509** | - | | **7/2010** <br> **Public Utility Debt** | | | | 131.00 |
| Account No. **1721427813** <br><br> **Athem** <br> **PO Box 70000** <br> **Van Nuys, CA 91470-0001** | - | | **2008-2009** <br> **Other Credit Purchases** | | | | 350.00 |
| Account No. **123152526** <br><br> **BAC Home Loans** <br> **PO Box 5170** <br> **Simi Valley, CA 93062-5170** | - | | **12/2005** <br> **202 6th Street, Clark Fork, ID 83811** | | | X | 147,611.00 |
| Account No. **xxxxx0595** <br><br> **Bank of America** <br> **Customer Service** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | - | | **1/2007** <br> **17944 Deer Hill Road, Hidden Valley Lake, CA** <br><br> **Single Family Residence** | | | X | 360,148.00 |
| Account No. **xxxxx0657** <br><br> **Bank of America** <br> **PO Box 17054** <br> **Wilmington, DE 19850** | - | | **200-2009** <br> **Business Credit Line** | | | | 14,550.53 |

Sheet no. ___**1**___ of ___**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          522,790.53

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re      **Arthur Pritchard**                                                    ,      Case No. _____**11-30178**_____
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1691** <br><br> **Bank of America** <br> **PO Box 15714** <br> **Wilmington, DE 19886-5714** | - | | **2000-2009** <br> **Business Credit Line** | | | | 2,418.48 |
| Account No. **xxx9384** <br><br> **Bank of America** <br> **PO Box 15714** <br> **Wilmington, DE 19886-5714** | - | | **2000-2009** <br> **Business Credit Line** | | | | 22,711.92 |
| Account No. **480213711047xx** <br><br> **Capital One** <br> **PO Box 30281** <br> **Salt Lake City, UT 84130** | - | | **2000-2009** <br> **Business Credit Line** | | | | 7,516.00 |
| Account No. **4802-1371-1047-3925** <br><br> **Capital One Bank** <br> **PO Box 60599** <br> **City of Industry, CA 91716-0599** | - | | **2000-2009** <br> **Business Credit Line** | | | | 7,516.00 |
| Account No. **xxxx8326** <br><br> **Chase Card Member Svcs** <br> **PO Box 94014** <br> **Palatine, IL 60094-4014** | - | | **2000-2009** <br> **Business Credit Line** | | | | 2,725.95 |

Sheet no. __**2**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                42,888.35

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

In re     **Arthur Pritchard**                       ,     Case No.     **11-30178**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx12**<br><br>**Chase Card Member Svcs**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | - | | **2000-2009**<br>**Business Credit Line** | | | | **12,362.65** |
| Account No. **xxx5213**<br><br>**Chase Card Member Svcs**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | - | | **2000-2009**<br>**Business Credit Line** | | | | **16,734.81** |
| Account No. **xxxx**<br><br>**Chase Card Member Svcs**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | - | | **xxxx9052**<br>**Business Credit Line** | | | | **5,275.25** |
| Account No. **1155772**<br><br>**City of Oakland**<br>**250 Frank H. Ogawa Plaza**<br>**Oakland, CA 94612** | - | | **December 2010**<br>**Public Utility Debt - Garbage**<br>**2807 Harrison Street**<br>**Oakland, CA** | | | | **466.36** |
| Account No. **002017**<br><br>**David J. Pelfini, DDS**<br>**912 Grand Avenue, Suite 102**<br>**San Rafael, CA 94901-3563** | - | | **1/27/2011**<br>**Medical Expenses for Debtors' Special Needs Son and Daughter** | | | | **347.74** |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **35,186.81**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re     **Arthur Pritchard** ,     Case No.     **11-30178**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **002015** <br><br> David J. Pelfini, DDS <br> 912 Grand Avenue, Suite 102 <br> San Rafael, CA 94901-3563 | - | | 1/27/2011 <br> **Medical Expenses for Debtors' Special Needs Son and Daughterd** | | | | 302.13 |
| Account No. **27512781** <br><br> East Bay Municipal District <br> P.O. Box 1000 <br> Oakland, CA 94649-0001 | - | | 2008-2009 <br> **Public Utility Debt** | | | | 1,300.00 |
| Account No. <br><br> EBMUD <br> P.O. Box 1000 <br> Oakland, CA 94649-0001 | - | | **Public Utility Debt** <br> **Acct Nos: 07321492; 27512781; 25517004; 25517017; 30945673; 42814634** | | | | 3,824.72 |
| Account No. <br><br> Eric Stamps, DPM <br> 2003 E. Blithdale, #B <br> Mill Valley, CA 94941 | - | | **Medical Expenses for Debtors' Special Needs Son and Daughter** | | | | 250.00 |
| Account No. **xxx2750** <br><br> FIA Card Services <br> PO Box 15726 <br> Wilmington, DE 19886-5726 | - | | 2000-2009 <br> **Business Credit Line** | | | | 27,827.20 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **33,504.05**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com      Best Case Bankruptcy

In re    **Arthur Pritchard**                                                                                    ,          Case No.    **11-30178**
                                                                          Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0903050** <br><br> **Hidden Vally Lake Association** <br> **18174 Hidden Valley Road** <br> **Hidden Valley Lake, CA 95467** | - | | **2008-2011** <br> **17944 Deer Hill Road** <br> **Hidden Valley Lake, CA 95467** <br><br> **Home Owners Association Dues** | | | | **7,600.00** |
| Account No. **007375142** <br><br> **Ocwen Loan Servicing** <br> **PO Box 785057** <br> **Orlando, FL 32826** | - | | **1-19-2007** <br> **2807 Harrison Street** <br> **Oakland, CA** <br><br> **4-Plex rental property** | | | X | **673,800.00** |
| Account No. **1020892316-8** <br><br> **Pacific Gas & Electric** <br> **Box 997300** <br> **Sacramento, CA 95899-7300** | - | | **December 2011** <br> **Public Utility Debt** | | | | **427.56** |
| Account No. **1010933605-6** <br><br> **Pacific Gas & Electric** <br> **Box 997300** <br> **Sacramento, CA 95899-7300** | - | | **December 2010** <br> **Public Utility Debt** <br> **2807 Harrison Street** <br> **Oakland, CA** | | | | **452.11** |
| Account No. **5420007998-3** <br><br> **Pacific Gas & Electric** <br> **Box 997300** <br> **Sacramento, CA 95899-7300** | - | | **December 2010** <br> **Public Utility Debt** <br> **2815 Harrison St., Apt. 3** <br> **Oakland, CA  94611** | | | | **154.85** |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **682,434.52**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                    Best Case Bankruptcy

In re    **Arthur Pritchard**                                  ,          Case No.   **11-30178**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1492** <br><br> **State Farm Bank** <br> **PO Box 23025** <br> **Columbus, GA 31902-3025** | - | | **2000-2009** <br> **Business Credit Line** | | | | **23,246.07** |
| Account No. **0147-0218-02** <br><br> **State Farm Insurance** <br> **3687 Mt. Diablo Blvd., Suite 204** <br> **Lafayette, CA 94549** | - | | **2010** <br> **Property and Liability Insurance** | | | | **971.24** |
| Account No. **0390-3000-02** <br><br> **State Farm Insurance** <br> **3687 Mt. Diablo Blvd., Suite 204** <br> **Lafayette, CA 94549** | - | | **2010** <br> **Property & liability Insurance** | | | | **1,074.54** |
| Account No. **479232978** <br><br> **T-Mobile** <br> **PO Box 629025** <br> **El Dorado Hills, CA 95762** | - | | **2010** <br> **Public Utility Debt** | | | | **503.48** |
| Account No. **xxxx0797** <br><br> **Wachovia** <br> **PO Box 659558** <br> **City of Industry, CA 91716** | - | | **2815 Harrison Street** <br> **Oakland, CA** <br><br> **4-Plex Residential Rental** | | | X | **771,918.00** |

Sheet no. __**6**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **797,713.33**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

In re     **Arthur Pritchard**                                    ,     Case No. ___**11-30178**_____

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **42524504**<br><br>**Wachovia**<br>**PO Box 60505**<br>**City of Industry, CA 91716** | - | | **3-27-08**<br>**1848 Hoke Street, Pinole, CA**<br><br>**Single Family Residence** | | | X | **660,284.00** |
| Account No. **43710904**<br><br>**Wachovia**<br>**PO Box 60505**<br>**City of Industry, CA 91716** | - | | **361 Howth, San Francisco, CA**<br><br>**Primary Residence** | | | | **546,944.00** |
| Account No. **03-0744606-2216**<br><br>**Waste Management of Alameda**<br>**172 98th Avenue**<br>**Oakland, CA 94603** | - | | **2008-2009**<br>**Public Utility Debt**<br>**Garbage/Hauling**<br>**Acct No.s: 065-3434241-2216;**<br>**065-0901272-2216-4; 153-434490;**<br>**063-0744606-2216-5** | | | | **1,613.06** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**7**___ of __**7**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **1,208,841.06** |
| Total (Report on Summary of Schedules) | **3,325,085.65** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Arthur Pritchard**                                    Case No.    **11-30178**

                                             Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ace Ellis Hardware**<br>**5424 Martin Luther King Hwy**<br>**Oakland, CA 94609** | - | | **2009**<br>**Credit card purchases for supplies** | | | | **50.00** |
| Account No.<br><br>**ADT Security Services**<br>**PO Box 650485**<br>**Dallas, TX 75265-0485** | - | | **2009**<br>**Other Credit Purchases**<br>**Security Services** | | | | **450.00** |
| Account No. **3499-906027-46507**<br><br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-0001** | - | | **10/1993**<br>**Credit card purchases** | | | | **677.00** |
| Account No. **94501-0879**<br><br>**AT&T**<br>**ATT Payment Center**<br>**Sacramento, CA 95887** | - | | **2009**<br>**Telephone Service** | | | | **350.00** |
| __7__   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | **1,527.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                            S/N:43541-110218    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Arthur Pritchard**                                                    , Case No. ___**11-30178**___
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8504**<br><br>**AT&T West**<br>**Bay Area Credit Service**<br>**1901 W. 10th St.**<br>**Antioch, CA 94509** | - | | **7/2010**<br>**Public Utility Debt** | | | | 131.00 |
| Account No. **1721427813**<br><br>**Athem**<br>**PO Box 70000**<br>**Van Nuys, CA 91470-0001** | - | | **2008-2009**<br>**Other Credit Purchases** | | | | 350.00 |
| Account No. **106839244**<br><br>**BAC Home Loans**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | - | | **11/2005**<br>**1150 North Old Farm Rd., Duchesne, UT**<br>**Foreclosure** | | | | 0.00 |
| Account No. **123152526**<br><br>**BAC Home Loans**<br>**PO Box 5170**<br>**Simi Valley, CA 93062-5170** | - | | **12/2005**<br>**202 6th Street, Clark Fork, ID 83811** | | | | 147,611.00 |
| Account No. **147830595**<br><br>**Bank of America**<br>**Customer Service**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | - | | **1/2007**<br>**17944 Deer Hill Road, Hidden Valley Lake, CA**<br><br>**Single Family Residence** | | | | 360,148.00 |

Sheet no. __**1**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **508,240.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re **Arthur Pritchard** , Case No. **11-30178**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0657**<br><br>Bank of America<br>PO Box 17054<br>Wilmington, DE 19850 | | - | 200-2009<br>Business Credit Line | | | | 14,550.53 |
| Account No. **xxxx1691**<br><br>Bank of America<br>PO Box 15714<br>Wilmington, DE 19886-5714 | | - | 2000-2009<br>Business Credit Line | | | | 2,418.48 |
| Account No. **xxx9384**<br><br>Bank of America<br>PO Box 15714<br>Wilmington, DE 19886-5714 | | - | 2000-2009<br>Business Credit Line | | | | 22,711.92 |
| Account No. **xxxxx1468**<br><br>California Reconveyance Co.<br>JP Morgan/Chase Bank<br>9200 Oakdale Avenue<br>Mail Stop CA2-4379<br>Chatsworth, CA 91311 | | - | 1/22/88<br>1039 45th St.<br>Emeryville, CA<br><br>8 Residential Units | | | | 108,420.00 |
| Account No. **xxxxx5526**<br><br>California Reconveyance Co.<br>JP Morgan/Chase Bank<br>9200 Oakdale Avenue<br>Chatsworth, CA 91311 | | - | 4/18/1988<br>1070-1074 60th Street<br>Oakland, CA 94608<br><br>7 Residential Rental Units | | | | 95,266.00 |

Sheet no. **2** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 243,366.93

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re     **Arthur Pritchard**                                    ,          Case No.     **11-30178**

Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **480213711047xx** <br><br> **Capital One** <br> **PO Box 30281** <br> **Salt Lake City, UT 84130** | - | | **2000-2009** <br> **Business Credit Line** | | | | 7,516.00 |
| Account No. **4802-1371-1047-3925** <br><br> **Capital One Bank** <br> **PO Box 60599** <br> **City of Industry, CA 91716-0599** | - | | **2000-2009** <br> **Business Credit Line** | | | | 7,516.00 |
| Account No. **xxxx8326** <br><br> **Chase Card Member Svcs** <br> **PO Box 94014** <br> **Palatine, IL 60094-4014** | - | | **2000-2009** <br> **Business Credit Line** | | | | 2,725.95 |
| Account No. **xxxx12** <br><br> **Chase Card Member Svcs** <br> **P.O. Box 94014** <br> **Palatine, IL 60094-4014** | - | | **2000-2009** <br> **Business Credit Line** | | | | 12,362.65 |
| Account No. **xxx5213** <br><br> **Chase Card Member Svcs** <br> **P.O. Box 94014** <br> **Palatine, IL 60094-4014** | - | | **2000-2009** <br> **Business Credit Line** | | | | 16,734.81 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **46,855.41**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re    **Arthur Pritchard**                                    ,          Case No.   **11-30178**

                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx**<br><br>**Chase Card Member Svcs**<br>**P.O. Box 94014**<br>**Palatine, IL 60094-4014** | - | | **xxxx9052**<br>**Business Credit Line** | | | | 5,275.25 |
| Account No. **1155772**<br><br>**City of Oakland**<br>**250 Frank H. Ogawa Plaza**<br>**Oakland, CA 94612** | - | | **December 2010**<br>**Public Utility Debt - Garbage**<br>**2807 Harrison Street**<br>**Oakland, CA** | | | | 466.36 |
| Account No. **002017**<br><br>**David J. Pelfini, DDS**<br>**912 Grand Avenue, Suite 102**<br>**San Rafael, CA 94901-3563** | - | | **1/27/2011**<br>**Medical Expenses for Debtors' Special Needs Son and Daughter** | | | | 347.74 |
| Account No. **002015**<br><br>**David J. Pelfini, DDS**<br>**912 Grand Avenue, Suite 102**<br>**San Rafael, CA 94901-3563** | - | | **1/27/2011**<br>**Medical Expenses for Debtors' Special Needs Son and Daughterd** | | | | 302.13 |
| Account No. **27512781**<br><br>**East Bay Municipal District**<br>**P.O. Box 1000**<br>**Oakland, CA 94649-0001** | - | | **2008-2009**<br>**Public Utility Debt** | | | | 1,300.00 |

Sheet no. __**4**__ of __**7**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)      7,691.48

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re     **Arthur Pritchard**
_____,     Case No. _____**11-30178**_____
                                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**EBMUD**<br>**P.O. Box 1000**<br>**Oakland, CA 94649-0001** | - | | **Public Utility Debt**<br>**Acct Nos:  07321492; 27512781; 25517004;**<br>**25517017; 30945673; 42814634** | | | | 3,824.72 |
| Account No. <br><br>**Eric Stamps, DPM**<br>**2003 E. Blithdale, #B**<br>**Mill Valley, CA 94941** | - | | **Medical Expenses for Debtors' Special Needs Son and Daughter** | | | | 250.00 |
| Account No. **xxx2750**<br><br>**FIA Card Services**<br>**PO Box 15726**<br>**Wilmington, DE 19886-5726** | - | | **2000-2009**<br>**Business Credit Line** | | | | 27,827.20 |
| Account No. **0903050**<br><br>**Hidden Vally Lake Association**<br>**18174 Hidden Valley Road**<br>**Hidden Valley Lake, CA 95467** | - | | **2008-2011**<br>**17944 Deer Hill Road**<br>**Hidden Valley Lake, CA  95467**<br><br>**Home Owners Association Dues** | | | | 15,000.00 |
| Account No. **xxxxxx4140**<br><br>**Homecomings Financial/GMAC**<br>**PO Box 205**<br>**Waterloo, IA 50704** | - | | **March 2001**<br>**424 Cavour Street**<br>**Oakland, CA  94618**<br><br>**Single Family Residence Rental** | | | | 382,000.00 |

Sheet no. __**5**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    428,901.92

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re      **Arthur Pritchard**                                                                                 ,          Case No. ___**11-30178**_____
                                                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1020892316-8** <br><br> **Pacific Gas & Electric** <br> **Box 997300** <br> **Sacramento, CA 95899-7300** | - | | **December 2011** <br> **Public Utility Debt** | | | | 427.56 |
| Account No. **1010933605-6** <br><br> **Pacific Gas & Electric** <br> **Box 997300** <br> **Sacramento, CA 95899-7300** | - | | **December 2010** <br> **Public Utility Debt** <br> **2807 Harrison Street** <br> **Oakland, CA** | | | | 452.11 |
| Account No. **5420007998-3** <br><br> **Pacific Gas & Electric** <br> **Box 997300** <br> **Sacramento, CA 95899-7300** | - | | **December 2010** <br> **Public Utility Debt** <br> **2815 Harrison St., Apt. 3** <br> **Oakland, CA  94611** | | | | 154.85 |
| Account No. **xxxxxx7601** <br><br> **Quality Loan Service Corp.** <br> **GMAC & Aurora Loan Svcs.** <br> **2141 5th Avenue** <br> **San Diego, CA 92101** | - | | **280 Beach Road** <br> **Alameda, CA** <br><br> **Single Family Residence** | | | | 0.00 |
| Account No. **xxx1492** <br><br> **State Farm Bank** <br> **PO Box 23025** <br> **Columbus, GA 31902-3025** | - | | **2000-2009** <br> **Business Credit Line** | | | | 23,246.07 |

Sheet no. __**6**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **24,280.59**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

In re    **Arthur Pritchard**                                              ,    Case No.    **11-30178**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0147-0218-02**<br><br>**State Farm Insurance**<br>**3687 Mt. Diablo Blvd., Suite 204**<br>**Lafayette, CA 94549** | | - | **2010**<br>**Property and Liability Insurance** | | | | 971.24 |
| Account No. **0390-3000-02**<br><br>**State Farm Insurance**<br>**3687 Mt. Diablo Blvd., Suite 204**<br>**Lafayette, CA 94549** | | - | **2010**<br>**Property & liability Insurance** | | | | 1,074.54 |
| Account No. **479232978**<br><br>**T-Mobile**<br>**PO Box 629025**<br>**El Dorado Hills, CA 95762** | | - | **2010**<br>**Public Utility Debt** | | | | 503.48 |
| Account No. **xxxx0797**<br><br>**Wachovia**<br>**PO Box 659558**<br>**City of Industry, CA 91716** | | - | **2815 Harrison Street**<br>**Oakland, CA**<br><br>**4-Plex Residential Rental** | | | | 771,918.00 |
| Account No. **03-0744606-2216**<br><br>**Waste Management of Alameda**<br>**172 98th Avenue**<br>**Oakland, CA 94603** | | - | **2008-2009**<br>**Public Utility Debt**<br>**Garbage/Hauling**<br>**Acct No.s: 065-3434241-2216;**<br>**065-0901272-2216-4; 153-434490;**<br>**063-0744606-2216-5** | | | | 1,613.06 |

Sheet no. __7___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 776,080.32 |
| Total (Report on Summary of Schedules) | 2,036,943.65 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**Attachment to Schedule F – Projections – Utilities and Maintenance**

1.      **2807  Harrison Street, Oakland, CA  94611 – 4-Plex**
        Principal Taxes and Insurance:        $3,000
        Utilities and Maintenance:        $  575

2.      **2815  Harrison Street, Oakland, CA  94611 – 4-Plex**
        Principal Taxes and Insurance:        $3,400
        Utilities and Maintenance:        $  500

3.      **1848 Hoke Street, Pinole, CA – Single Family Residence**
        Principal Taxes and Insurance:        $1,500
        Utilities and Maintenance:        $  260

4.      **361 Howth, San Francisco, CA – Primary Residence**
        Principal Taxes and Insurance:        $2,100
        Utilities and Maintenance:        $   240

5.      **202 6th Avenue, Clark Fork, ID - Single Family Residence**
        Principal Taxes and Insurance:        $  500
        Utilities and Maintenance:        $  165

6.      **17944 Deer Hill Road, Hidden Valley Lake, CA  95467- Single Family Residence**
        Principal Taxes and Insurance:        $1,100
        Utilities and Maintenance:        $   435

**TOTAL:  Principal Taxes and Insurance**:        $11,600
**TOTAL:  Utilities and Maintenance:**        $  2,175